UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ROBERT RAMOS, *Plaintiff*, | |
| v. | No. SA-20-cv-00087-XR |
| UNITED STATES OF AMERICA, *Defendant*. | |

**JOINT NOTICE OF SETTLEMENT**

Plaintiff Robert Ramos and Defendant, the United States of America, have reached a settlement as to all claims asserted in the above-entitled case. The Parties have finalized and executed a settlement agreement and release. When the settlement funds have been paid, the parties will file a Stipulation of Dismissal with Prejudice, dismissing all of Plaintiff's claims asserted against the United States. Though it sometimes takes several weeks for the United States to process settlement payments, the United States will make every effort reasonably possible to expedite completion of the settlement and dismissal of the case.

1

Dated: August 30, 2022            Respectfully submitted,

                                              **ASHLEY C. HOFF**
                                              United States Attorney

By:   */s/ James Dingivan*
        **JAMES DINGIVAN**
        Assistant United States Attorney
        601 NW Loop 410, Suite 600
        San Antonio, Texas 78216-5597
        Texas Bar No. 24094139
        Tel. (210) 384-7372
        Fax (210) 384-7312
        james.dingivan@usdoj.gov
        *Attorneys for Defendant*


        */s/ Justin Dean\**
        **Justin Dean**
        Texas Bar No.
        Law Office of Thomas J. Henry
        521 Starr Street
        Corpus Christi, Texas 78401
        (361) 985-0600 (phone)
        (361) 985-0601 (fax)
        jdean-svc@tjhlaw.com

        Attorney for Plaintiff
        \**signed with permission*